UNITED STATES of America,
Plaintiff–Appellee,

v.

Babajide SOBITAN, Defendant–
Appellant.

No. 04–2739.

United States Court of Appeals,
Seventh Circuit.

Submitted June 23, 2005.*

Decided July 11, 2005.

John F. Podliska, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Richard H. Parsons, Office of the Federal Public Defender, Peoria, IL, for Defendant–Appellant.

Before ROVNER, WOOD, and WILLIAMS, Circuit Judges.

## ORDER

Babajide Sobitan was convicted of attempting to reenter the United States without authorization after having been deported, 8 U.S.C. § 1326(a), and was sentenced to 97 months' imprisonment. He argues under *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), that the district court improperly treated the sentencing guidelines as mandatory and impermissibly increased his offense level based on facts found only by a preponderance of the evidence. Sobitan

preserved these arguments by objecting at sentencing, and thus our review is plenary. *United States v. Schlifer*, 403 F.3d 849, 854 (7th Cir.2005); *United States v. Hollis*, 230 F.3d 955, 958–59 (7th Cir.2000); *United States v. Paz*, 405 F.3d 946, 948–49 (11th Cir.2005). Thus we must vacate Sobitan's sentence unless the government can establish that the error was harmless, *Schlifer*, 403 F.3d at 854, a burden that the government concedes it cannot meet here. Accordingly, we VACATE Sobitan's sentence and REMAND for resentencing in light of *Booker. See id.*